# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON ECONOMICS INTERNATIONAL, LTD., PRINCETON GLOBAL MANAGEMENT, LTD., and MARTIN A. ARMSTRONG,<br><br>Defendants. | **Affidavit of Martin P. Unger**<br><br>Case No. 99 Civ. 9667-RO |
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON GLOBAL MANAGEMENT, LTD., PRINCETON ECONOMICS INTERNATIONAL, LTD., and MARTIN A. ARMSTRONG,<br><br>Defendants. | Case No. 99 Civ. 9669-RO |

## AFFIDAVIT OF MARTIN P. UNGER

STATE OF NEW YORK     )
                        :   ss:
COUNTY OF NASSAU     )

I, MARTIN P. UNGER, being duly sworn, deposes and says:

1. I am a member of the law firm Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554, and licensed to practice law in the

State of New York. I submit this affidavit in support of Martin A. Armstrong's ("Armstrong") pleadings in the above-captioned actions. I am fully competent to submit this affidavit based on my personal knowledge and best recollection of the information set forth herein, unless otherwise indicated. If called to testify, I would state as follows:

2. I am a former partner of the New York City law office of Blank Rome Tenzer & Greenblatt LLP ("Tenzer Greenblatt"). At some point prior to September 13, 1999 through mid-2000, Tenzer Greenblatt served as Armstrong's counsel in civil enforcement suits brought against him in the United States District Court for the Southern District of New York by the United States Securities and Exchange Commission ("SEC"), captioned *SEC v. Princeton Economics International, Ltd., et al.,* No. 99 Civ. 9667 (RO), and by the United States Commodity Futures Trading Commission ("CFTC"), captioned *CFTC v. Princeton Global Management, Ltd., et al.,* No. 99 Civ. 9669 (RO) ("Civil Actions"). I was the lead attorney at Tenzer Greenblatt who headed up the firm's representation of Armstrong in the Civil Actions.

3. I am aware that two foreign corporations, Princeton Economics International, Ltd. and Princeton Global Management, Ltd., also were named as defendants by the SEC and the CFTC in each of the Civil Actions. Tenzer Greenblatt did not represent either of these corporations in the Civil Actions or in any other capacity. In the Civil Actions, Tenzer Greenblatt's representation at all times was limited to Armstrong and no one else.

2

Under penalties of perjury, I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 7, 2004

_____
Martin P. Unger

Sworn to before me this
7th day of September 2004

_____
Notary Public

NATALYA RIVKIN
Notary Public, State Of New York
No. 02RI6067489
Qualified In Nassau County
Commission Expires December 10, 2005

3

DC1 - 207030.01