UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARTIN A. ARMSTRONG,        )
                            )
            Plaintiff,      )
                            )
    v.                      )    Civil Action No. 05-2114
                            )
SECURITIES AND EXCHANGE     )
COMMISSION, et al.,         )
                            )
            Defendants.     )

### ORDER

Upon consideration of plaintiff's "Motion for Reconsideration of the Order Transferring the Petition and Recharacterizing It as a Habeas Corpus," it is hereby

ORDERED that plaintiff's motion for reconsideration is DENIED.

SO ORDERED.

DATE: Dec. 10, 2005

_____
United States District Judge